# Court of Appeals
# of the State of Georgia

ATLANTA, November 17, 2015

*The Court of Appeals hereby passes the following order*

## A16D0107. IN THE INTEREST OF: M. C. L., E. B. L., G. L., J. A. M., K. A. L., K. G. M-S., J. P. M-L., CHILDREN .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

JUV130253 JUV130254 JUV130255 JUV130256 JUV130257 JUV130258 JUV130259



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 17, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*